IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Western Division

| | |
|---|---|
| CARLA RAWLINGS, ) | |
| ) | |
| Plaintiff, ) | Case No. 17-cv-00494-HFS |
| ) | |
| v. ) | |
| ) | |
| MERGERS MARKETING, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a stipulation of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Accordingly, it is hereby

ORDERED that the above caption case is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

                                                             */s/ Howard F. Sachs* .
                                                          HOWARD F. SACHS

                                                          UNITED STATES DISTRICT JUDGE

February 9, 2018

Kansas City, Missouri